### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID LEE YOUNG, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   Case No. CIV-07-114-M |
| | ) |
| MIKE ADDISON, WARDEN, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On April 25, 2007, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that respondent's motion to dismiss be granted and the petition for writ of habeas corpus be dismissed as untimely. The parties were advised of their right to object to the Report and Recommendation by May 15, 2007. On May 2, 2007, petitioner filed his objection.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 25, 2007;

(2) GRANTS respondent's motion to dismiss [docket no. 9]; and

(3) DISMISSES the petition for writ of habeas corpus as untimely.

**IT IS SO ORDERED this 15th day of May, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE